IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

KIM LOCKHART                                                                  PLAINTIFF

V.                                          4:08CV508 JMM

PULASKI COUNTY TREASURER'S OFFICE                          DEFENDANT

### ORDER

Pending is Plaintiff's pro se motion to file her witness list under seal.  Witness lists are not required to be filed with the Court at this time in the proceedings.  *See* Rules of the United States District Court for the Eastern and Western District of Arkansas Local Rule 26.2 Outline for Pretrial Disclosure Sheet.  Therefore, Plaintiff's motion (Docket # 9) is DENIED.

IT IS SO ORDERED this 30th day of July 2008.

_____
James M. Moody
United States District Judge