IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

KIM LOCKHART                                                                                      PLAINTIFF

V.                                            4:08CV00508 JMM

PULASKI COUNTY TREASURER'S OFFICE                                   DEFENDANT

## JUDGMENT

Pursuant to the Order entered on July 27, 2010, Judgment is hereby entered in favor of the Defendant and against the Plaintiff.  The case is dismissed with prejudice.

IT IS SO ORDERED this 27th day of July, 2010.

_____
James M. Moody
United States District Judge